# United States Bankruptcy Court

Eastern District of New York
271 Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

IN RE:                                                                                          CASE NO: 1−11−46862−jbr

Sholom Eisner and Pessi Eisner

SSN/TAX ID:                                                                                     CHAPTER: 11

xxx−xx−8754                                        xxx−xx−8450

                    DEBTOR(s)

## NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

Notice is hereby given that:

A transcript of the proceeding held on August 10, 2011 was filed on August 12, 2011 .

The following deadlines apply:

The parties have until August 19, 2011 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a Transcript Redaction Request is September 2, 2011.

If a Transcript Redaction Request is filed, the redacted transcript is due September 12, 2011.

If no such Notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is November 10, 2011 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber eScribers, LLC − 973−406−2250 or you may view the document at the public terminal at the Office of the Clerk.

Dated: August 15, 2011

                                                                For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnftrans.jsp** [Notice of Filing Transcript and Deadlines to Restriction and Redaction rev. 11/21/08]