UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------X    Case No. 1-11-46862

IN RE:                                                                          Chapter 11
    SHOLOM EISNER and PESSI EISNER,

               Debtors.                                        NOTICE OF APPEARANCE

---------------------------------------------------------X

**PLEASE TAKE NOTICE** that Megan J. Muoio of the law firm Allyn & Fortuna LLP, 200 Madison Avenue, 5th Floor, New York, New York, 10016, hereby appears in the above-captioned action as attorney for creditors ERNO GOLDBERGER, a/k/a Abe, Anchel and Abraham Goldberger, and MALKA GOLDBERGER, a/k/a Magda Goldberger.

Dated: August 17, 2011
       New York, New York

                                         ALLYN & FORTUNA LLP

                          By: _____
                                     Megan J. Muoio (MM-6121)
                                     *Attorneys for Creditors* ERNO
                                     GOLDBERGER, a/k/a Abe, Anchel and
                                     Abraham Goldberger, and MALKA
                                     GOLDBERGER, a/k/a Magda Goldberger
                                     200 Madison Avenue, 5th Floor
                                     New York, New York  10016
                                     Telephone: (212) 213-8844
                                     Facsimile: (212) 213-3318
                                     E-mail: mmuoio@allynfortuna.com