UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X   Case No. 1-11-46862

IN RE:

    SHOLOM EISNER and PESSI EISNER,

                  Debtors.

------------------------------------------------------------X

Chapter 11

NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Nicholas Fortuna of the law firm Allyn & Fortuna LLP, 200 Madison Avenue, 5th Floor, New York, New York, 10016, hereby appears in the above-captioned action as attorney for creditors ERNO GOLDBERGER, a/k/a Abe, Anchel and Abraham Goldberger, and MALKA GOLDBERGER, a/k/a Magda Goldberger.

Dated: August 17, 2011
      New York, New York

By: ALLYN & FORTUNA LLP

Nicholas Fortuna (NF-9191)
*Attorneys for Creditors* ERNO
GOLDBERGER, a/k/a Abe, Anchel and
Abraham Goldberger, and MALKA
GOLDBERGER, a/k/a Magda Goldberger
200 Madison Avenue, 5th Floor
New York, New York 10016
Telephone: (212) 213-8844
Facsimile: (212) 213-3318
E-mail: nfortuna@allynfortuna.com