# United States Bankruptcy Court

Eastern District of New York  
271 Cadman Plaza East, Suite 1595  
Brooklyn, NY 11201−1800

| | |
|---|---|
| IN RE: | CASE NO: 1−11−46862−jbr |
| Sholom Eisner and Pessi Eisner | |
| SSN/TAX ID: | CHAPTER: 11 |
| xxx−xx−8754      xxx−xx−8450 | |
| DEBTOR(s) | |

## NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

Notice is hereby given that:

A transcript of the proceeding held on August 10, 2011 was filed on August 12, 2011 .

The following deadlines apply:

The parties have until August 19, 2011 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a Transcript Redaction Request is September 2, 2011.

If a Transcript Redaction Request is filed, the redacted transcript is due September 12, 2011.

If no such Notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is November 10, 2011 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber eScribers, LLC − 973−406−2250 or you may view the document at the public terminal at the Office of the Clerk.

Dated: August 15, 2011

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnftrans.jsp** [Notice of Filing Transcript and Deadlines to Restriction and Redaction rev. 11/21/08]

United States Bankruptcy Court
Eastern District of New York

In re:                                                                  Case No. 11-46862-jbr
Sholom Eisner                                                           Chapter 11
Pessi Eisner
        Debtors                     **CERTIFICATE OF NOTICE**

District/off: 0207-1         User: dusher              Page 1 of 1              Date Rcvd: Aug 15, 2011
                             Form ID: 295              Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2011.
db/jdb      +Sholom Eisner,   Pessi Eisner,   1427 58th street,   Brooklyn, NY 11219-4647
aty         +Paula Lopez,   200 Madison Avenue,   5th Floor,   New York, NY 10016-3903
            +Neiger LLP,   317 Madison Avenue, 21st Floor,   New York, NY 10017-5208

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty         ##+Edward E Neiger,   Neiger LLP,   111 John Street,   Suite 800,   New York, NY 10038-3180
                                                                               TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 17, 2011**                       **Signature:**    _/s/ Joseph Speetjens_