## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

-----------------------------------------------x

**In Re:**
Sholom Eisner and
Pessi Eisner,

Case Number 11-46862-JBR
Chapter 11

Adv. Proc. No:
Hearing Date: August 30, 2011

Debtor(s)
-----------------------------------------------x

### Proceeding Memorandum/Order

**Matter:** [ECF #3] Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. § 362(d), to Dismiss the Chapter 11 Bankruptcy Petition and/or Convert the Petition to a Chapter 7 Petition

**MOVANT/PARTIES:**

**COURT ACTION:**
- ☑ Granted
- ☐ Approved
- ☐ Moot
- ☐ Denied
- ☐ Denied Without Prejudice
- ☐ Withdrawn in Open Court
- ☐ Sustained
- ☐ Overruled
- ☐ Continued to: _____
- ☐ Proposed Order to be submitted by: _____
- ☐ Stipulation to be submitted by: _____
- ☐ Taken Under Advisement: _____

For the reasons stated on the record at the hearing held on August 30, 2011, it is hereby
ORDERED, that the Motion for Relief from Stay is GRANTED; and it is further
ORDERED, that this case shall be converted to a case under Chapter 7 of the Bankruptcy Code; and it is further
ORDERED, that no stay shall be enforced pursuant to Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure.



Dated: August 30, 2011
Brooklyn, New York

Joel B. Rosenthal
United States Bankruptcy Judge